SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
YASAMIN PARSAFAR, Cal. Bar No. 287617
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
E mail    yparsafar@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL J. HOPKINS, Cal. Bar No. 326621
12275 El Camino Real, Suite 100
San Diego, California  92130-4092
Telephone:  858.720.8900
Facsimile:  858.5099-3691
E mail    mhopkins@sheppardmullin.com

Attorneys for Defendant
Pocketful of Quarters, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| FORTE LABS, INC., | Case No. 4:22-cv-04982-YGR |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| POCKETFUL OF QUARTERS, INC., | Judge: Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

1  TO THE CLERK OF COURT, PLAINTIFF AND ITS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Trevor Quist is no longer associated with the firm of Sheppard, Mullin, Richter & Hampton LLP and is hereby withdrawn as counsel for the Defendant Pocketful of Quarters, Inc. ("PoQ") in the above-captioned action. Accordingly, it is hereby requested that the Court remove Mr. Quist's name and email address from the service list that is on file with the Court in this action.

Sheppard, Mullin, Richter & Hampton LLP, through the undersigned counsel of record, continues to serve as counsel for PoQ, and all future correspondence and papers in this action should continue to be directed to them.

Dated:  March 27, 2023

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Yasamin Parsafar
       YASAMIN PARSAFAR
       MICHAEL J. HOPKINS

       Attorneys for Defendant
       Pocketful of Quarters, Inc.